UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/11/18___
```

ADELMO SANDOVAL, MARVIN MARTINEZ,
RAMIRO MARTINEZ, BAYRON MURILLO, and
YONATAN MARTINEZ,

                                        Plaintiffs,

                -against-

STYLE MANAGEMENT CO., INC., ANDREW
ROSENBERG, STEFANIE ROSENBERG, and
MARIO LEE CASTELLON,

                                        Defendants.

16cv07002 (DF)

**ORDER OF
DISMISSAL**

**DEBRA FREEMAN, United States Magistrate Judge:**

In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The parties have also submitted a lengthy joint letter, describing their extensive negotiations and explaining why they believe the proposed settlement agreement is fair, reasonable, and adequate. (Dkt. 36.) This Court has reviewed the parties' submissions in order to determine whether the proposed agreement (Dkt. 36-1) represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in the parties' letter, the terms of the proposed settlement agreement, and this Court's own familiarity with the issues raised in the case, it is hereby ORDERED that:

1.      The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiffs' claims in this action and to compensate Plaintiffs' counsel for their legal fees, and the agreement is therefore approved.

2.      The Court notes that the parties have executed a stipulated Voluntary Dismissal with Prejudice (*see* Dkt. 36-1, at 22 (Exhibit A to the proposed settlement agreement), which recites that "[t]he Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof." In light of this language, and in order to effectuate the evident intent of the parties, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement.

3.      As a result of the Court's approval of the parties' executed settlement agreement, this action is hereby discontinued with prejudice and without costs or fees to any party. The Clerk of Court is directed to close this case on the Docket of the Court.

Dated: New York, New York
       May 11, 2018

                                        SO ORDERED

                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

All counsel (via ECF)

2